Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Guy Deodato

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GUY DEODATO,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: CV 10-5316 FMO<br><br>ORDER OF DISMISSAL |

    The above captioned matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: 4/5/11

                                                _____
                                         THE HONORABLE FERNANDO M. OLGUIN
                                         UNITED STATES MAGISTRATE JUDGE

Case 2:10-cv-05316-FMO Document 18-1 Filed 03/30/11 Page 2 of 2 Page ID #:460

1  DATE: March 29, 2011          Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING
                                 /s/ *Steven G. Rosales*
3                            BY:_____
                                 Steven G. Rosales
4                                Attorney for plaintiff Guy Deodato

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26